**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BROADCAST MUSIC, INC.
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007-0030

ALL BAKER'S MUSIC;
    Anita Baker d/b/a All Baker's Music
    c/o Steven T. Budaj PC
    2915 Cadillac Tower
    65 Cadillac Square
    Detroit, MI 48226

AMAZEMENT MUSIC
    Frankie Beverly d/b/a/ Amazement Music
    c/o Fischbach Perlstein Lieberman &
    Almond LLP
    1925 Century Park East, Suite 2050
    Los Angeles, CA 90067

STONE DIAMOND MUSIC   CORP.
    Stone Agate Music a division of
    Jobete Music Co, Inc.
    75 9th Ave, Floor 4
    New York, NY 10011-7025

LINDSEYANNE MUSIC CO., INC.
    c/o Steve Alaimo
    13385 W. Dixie Hwy N
    Miami, FL 33161

THE MUSIC FORCE
    The Music Force LLC d/b/a
    The Music Force
    c/o Henry Marx
    4658 Wortser Avenue
    Sherman Oaks, CA 91423

EMI VIRGIN SONGS, INC. d/b/a EMI
LONGITUDE MUSIC
    550 Madison Avenue, Floor 6
    New York, NY 10022-3211

SONGS OF UNIVERSAL, INC.
    2100 Colorado Ave.
    Santa Monica, CA 90404-3504

and

NEW THUNDER MUSIC CO.
    Norman Gimbel d/b/a
    New Thunder Music Co.
    c/o Loewenwarter and Co. LLP
    200 Old Country Road, Suite 274
    Mineola, NY 11501,

        Plaintiffs,        CIVIL ACTION NO.: _____

        v.

EATONVILLE, INC. d/b/a
EATONVILLE; and ANAS SHALLAL,
individually,

        Defendants.


**Serve:**    **Eatonville, Inc. d/b/a Eatonville**
        **c/o Professional Registered Agents, Inc.**
        **2600 Virginia Avenue, N.W. Suite 1112 NW**
        **Washington, DC 20037**

**Serve:**    **Anas Shallal, Individually**
        **1831 Kalorama Road, NW**
        **Washington, DC 20009**

## VERIFIED COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has

jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 7.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff All Baker's Music is a sole proprietorship owned by Anita Baker. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Amazement Music is a sole proprietorship owned by Frankie Beverly. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Stone Diamond Music Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Lindseyanne Music Co., Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff The Music Force is a sole proprietorship owned by Henry Grumpo Marx. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff EMI Virgin Songs, Inc. is a corporation d/b/a EMI Longitude Music. This

Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff New Thunder Music Co. is a sole proprietorship owned by Norman Gimbel. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Defendant Eatonville, Inc. is a corporation organized and existing under the laws of the District of Columbia, which operates, maintains and controls an establishment known as Eatonville, located at 2121 14th Street NW, Washington, DC 20009-4411, in this district (the "Establishment").

14. In connection with the operation of the Establishment, Defendant Eatonville, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

15. Defendant Eatonville, Inc. has a direct financial interest in the Establishment.

16. Defendant Anas Shallal is the President of Defendant Eatonville, Inc. with primary responsibility for the operation and management of that corporation and the Establishment.

17. Defendant Anas Shallal has the right and ability to supervise the activities of Defendant Eatonville, Inc. and a direct financial interest in that corporation and the Establishment.

CLAIMS OF COPYRIGHT INFRINGEMENT

18. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 17.

19. Plaintiffs allege five (5) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same

legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

20. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the five (5) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

21. For each musical composition identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

22. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

23. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the

Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

24.   For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so.  Thus, Defendants have committed copyright infringement.

25.   The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement.  Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)   Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages for willful infringement, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated:  October 4, 2013                     Respectfully Submitted,

          **BROADCAST MUSIC, INC.;**
          **ALL BAKER'S MUSIC; AMAZEMENT**
          **MUSIC; STONE DIAMOND MUSIC**
          **CORP.; LINDSEYANNE MUSIC CO.,**
          **INC.; THE MUSIC FORCE; EMI**
          **VIRGIN SONGS, INC. d/b/a EMI**
          **LONGITUDE MUSIC; SONGS OF**
          **UNIVERSAL, INC.; and NEW**
          **THUNDER MUSIC CO.,**

          By: /s/  S. Mohsin Reza

          S. Mohsin Reza (D.C. Bar No. 985270)
          TROUTMAN SANDERS LLP
          1850 Towers Crescent Plaza, Ste. 500
          Tysons Corner, VA 22182
          Telephone:  (703) 734-4351
          Facsimile:  (703) 448-6510
          E-mail:  mohsin.reza@troutmansanders.com
          *Counsel for Plaintiffs*

21277995v1

## **VERIFICATION**

STATE OF TENNESSEE )
) ss.:
COUNTY OF DAVIDSON )

Lawrence E. Stevens, being duly sworn, deposes and says:

I am an Assistant Vice President, Licensing, for Plaintiff Broadcast Music, Inc. I have read the foregoing Verified Complaint and know the contents thereof; the same is true to my knowledge, except as to matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Lawrence E. Stevens

Sworn to before me this
19th day of September 2013.

Notary Public

ANDREA F. KAMINSKI
STATE OF TENNESSEE
NOTARY PUBLIC
COUNTY OF DAVIDSON
My Comm. Exp. May 8, 2017

21277995v1